```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15716
   RICKY S WEBSTER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1128

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/30/2006 and was confirmed 02/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/14/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED         3036.72          .00            .00
CITY OF CHICAGO PARKING   UNSECURED         3755.00          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,634.00                     1,192.32
TOM VAUGHN                TRUSTEE                                           87.68
DEBTOR REFUND             REFUND                                           160.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                     1,440.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                  1,192.32
TRUSTEE COMPENSATION                               87.68
DEBTOR REFUND                                     160.00
                          -----------         -----------
TOTALS                      1,440.00            1,440.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 10/23/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```